UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE, NORTH CAROLINA


FILED
CHARLOTTE, NC
JAN 0 4 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:10-mj-1 |
| | ) | |
| v. | ) | **SEALING ORDER** |
| | ) | |
| JOANNA PATRONIS | ) | |

Upon motion of the United States and for the reasons set forth in the United States' Motion, it is hereby ORDERED that:

1. The Criminal Complaint and accompanying Affidavit are hereby placed under seal;

2. The Clerk of Court may provide a copy of the Criminal Complaint and Affidavit to the defendant and her counsel;

3. The defendant and her counsel may not disclose the Criminal Complaint and Affidavit, or its contents, to any third parties.

So ordered this the 4th day of January 2011.

_____
David C. Keesler
United States Magistrate Judge