UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-CR-11-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING ADMISSION |
| ) | *PRO HAC VICE* |
| JOANNA PATRONIS, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) concerning Robert J. Telfer, III filed May 18, 2011. Mr. Telfer seeks to appear as counsel *pro hac vice* for a Movant in the case, Sarah Patronis Drakopoulos. Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Telfer is admitted to appear before this court *pro hac vice* on behalf of a Movant in the case, Sarah Patronis Drakopoulos.

**SO ORDERED**.

Signed: May 18, 2011

David C. Keesler
United States Magistrate Judge