UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:11CR11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR |
| ) | INTERLOCUTORY SALE |
| JOANNA PATRONIS, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the Government's Unopposed Motion for Interlocutory Sale. The Government has shown that all parties consent to an interlocutory sale and that an interlocutory sale will curtail the negative effects of storage costs and depreciation on the value of a Toyota Rav-4, VIN JTMZF4DV9AD028568 (hereafter "the Toyota"). Thus, for good cause shown and based upon the provisions of Fed. R. Crim. P. 32.2(b)(7) and Fed. R. Civ. P. Supp. R. G(7)(b)(i), the Court will grant the Government's Motion.

Accordingly, IT IS ORDERED that the Government's Motion for Interlocutory Sale of the Toyota is GRANTED, the Government is authorized to sell the Toyota, the sale proceeds shall be forfeited as a substitute res for the Toyota and held in an interest bearing account pending conclusion of this action as set forth in Supp. R. G(7)(b)(iv), and, following sentencing of this matter, the Government shall be authorized to disburse or deposit the sale proceeds in accord with orders of this Court and law.

Signed: August 3, 2012

Max O. Cogburn Jr.
United States District Judge